# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA District of Florida

Case Number: 6:20-CV-1500-ORL-41-EJK

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**NEENU TYAGI, ASHOK TYAGI AND NURUL ENTERPRISE, INC., D/B/A COUNTRY STORE**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#619
DAYTONA BEACH, FL 32118

Received by HENRY SANBORN on the 24th day of August, 2020 at 11:00 am to be served on **NURUL ENTERPRISE, INC. MOHAMMED AMRAN-REGISTERED AGENT, 1871 W HIGHWAY 44, DELAND, FL 32720**.

I, HENRY SANBORN, being duly sworn, depose and say that on the **25th day of August, 2020** at **10:10 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date, my initials and hour of service endorsed thereon by me, to: **SAM AHASAM, EMPLOYEE** for **NURUL ENTERPRISE, INC.**, at the address of: **1871 W HIGHWAY 44, DELAND, FL 32720**, and informed said person of the contents therein, in compliance with state statutes.

In the absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager, director, officer or business agent residing in the state as defined by F.S. 48.081.

For failure of the Registered Agent to be his/her designated place for service pursuant to 48.091 and by serving the above named person as employee of said corporation at the corporation's place of business.

**Description** of Person Served: Age: 45+, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 165, Hair: GREY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of _____

Subscribed and sworn to before me by means of physical presence on the 26th day of August, 2020 by the affiant who is personally known to me.

Notary Public
Print Name _____

MAX GARCIA
MY COMMISSION # HH 010633
EXPIRES: July 18, 2024
Bonded Thru Notary Public Underwriters

**HENRY SANBORN**
Process Server

MAX J. GARCIA, INC.
145 E RICH AVE
SUITE G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2020005485

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t





AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER<br><br>*Plaintiff(s)*<br>v.<br>MEENU TYAGI, ASHOK TYAGI, and NURUL ENTERPRISE, INC., d/b/a COUNTRY STORE,<br><br>*Defendant(s)* | Civil Action No. 6:20-cv-1500-Orl-41EJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NURUL ENTERPRISE, INC.
MOHAMMED AMRAN - Registered Agent
1871 W HIGHWAY 44
DELAND, FL 32720

DATE 8/21/20 TIME 10:10 AM
Server Initials H.S.
(court-appointed process server)

X_____
Recipient Signature

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 19, 2020

Suzanna Manuel

*Signature of Clerk or Deputy Clerk*